1  CENTER FOR DISABILITY ACCESS
2  Amanda Seabock, Esq., SBN 289900
   Prathima Price, Esq., SBN 321378
3  Dennis Price, Esq., SBN 279082
   8033 Linda Vista Road, Suite 200
4  San Diego, CA 92111
   (858) 375-7385; (888) 422-5191 fax
5  amandas@potterhandy.com

6  Attorneys for Plaintiff, BRIAN WHITAKER

7

8                  UNITED STATES DISTRICT COURT
9                  NORTHERN DISTRICT OF CALIFORNIA

10 BRIAN WHITAKER,                    ) Case No.: 5:21-cv-03197-BLF
                                      )
11        Plaintiff,                  )
                                      )
12     v.                             ) **NOTICE OF SETTLEMENT AND
                                      ) REQUEST TO VACATE ALL
13 PENINSULA CREAMERY, a California   ) CURRENTLY SET DATES**
   Corporation,                      )
14                                    )
          Defendants,                 )
15 _____      )

16      The plaintiff hereby notifies the court that a provisional settlement has been

17 reached in the above-captioned case. The Parties would like to avoid any additional

18 expense while they focus efforts on finalizing the terms of the settlement and reducing it

19 to a writing. The plaintiff, therefore, applies to this Honorable Court to vacate all

20 currently set dates with the expectation that the settlement will be consummated within

21 the coming sixty (60) days, allowing for a Joint Stipulation for Dismissal with prejudice

22 as to all parties to be filed.

23                          CENTER FOR DISABILITY ACCESS

24

25 Dated: September 23, 2021    /s/ Amanda Seabock
                                Amanda Seabock
26                              Attorney for Plaintiff

27

28