CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

Cris C. Vaughan (SBN 99568)
VAUGHAN & ASSOCIATES LAW OFFICE, APC
6207 South Walnut Street, Suite 800
Loomis, CA 95650
Telephone: (833) 481-1245
Facsimile: (916) 660-9378
cvaughan@adasolutionsgroup.com
Attorneys for Defendant
Peninsula Creamery

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>    Plaintiff,<br><br>v.<br><br>PENINSULA CREAMERY, a California Corporation,<br><br>    Defendants. | Case No.: 5:21-cv-03197-BLF<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

| | | |
|---|---|---|
| Dated: October 13, 2021 | | CENTER FOR DISABILITY ACCESS |
| | By: | /s/ Amanda Seabock |
| | | Amanda Seabock |
| | | Attorneys for Plaintiff |
| Dated: October 13, 2021 | | VAUGHAN & ASSOCIATES LAW OFFICE, APC |
| | By: | /s/ Cris C. Vaughan |
| | | Cris C. Vaughan |
| | | Attorneys for Defendant |
| | | Peninsula Creamery |

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Cris C. Vaughan, counsel for Peninsula Creamery, and that I have obtained authorization to affix his electronic signature to this document.

Dated: October 13, 2021         CENTER FOR DISABILITY ACCESS

                                  By:   /s/ Amanda Seabock
                                            Amanda Seabock
                                            Attorneys for Plaintiff